## ALEXANDER F. DUKE P.C.

300 Cadman Plaza West
Suite 1200
Brooklyn, N.Y. 11201

*Licensed to Practice Law in New York, New Jersey
& California*

NJ Office:
One Gateway Center, Suite 2600
Newark, N.J. 07102

E: Alexander.Duke@DukeLawFirmPC.com
P: 914-552-7755
F: 914-560-2250

January 22, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2020
```

Hon. Katharine H. Parker
Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: <u>Michael Adams v JM43, Inc.</u> Case No. 1:19-CV-9635

Your Honor:

This office represents defendant in the above entitled case brought pursuant to the Americans with Disabilities Act. We respectfully request an adjournment of the initial conference currently scheduled for **February 5, 2020**. This is the **first** adjournment request. The request is made with the consent of plaintiff's counsel in order to continue ongoing settlement discussions.

We propose **February 26, 2020 or March 4, 2020** as adjourned dates. This will hopefully afford enough time to come to a complete settlement without the further involvement of the Court.

Should the Court require anything further, please do not hesitate to contact the undersigned.

**APPLICATION GRANTED:**The Status Conference in this matter that is scheduled for Wednesday, February 5, 2020 at 11:30 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, March 16, 2020 at 10:45 a.m.</u>

Thank you.

S/Alexander F. Duke   AD1701
ALEXANDER F. DUKE P.C.
*Attorney for Defendant*

CC: *(via ECF)*

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
**01/23/2020**

Maria Costanza Barducci, Esq.
*Counsel for Plaintiff*