USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/11/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MICHAEL ADAMS,

                    Plaintiff,

          -against-

JM 43, INC.,

                    Defendant.

-------------------------------------------------------------------X

**19-CV-9635 (JPO) (KHP)**

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for **Monday, March 16, 2020 at 10:45 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

       **SO ORDERED.**

DATED:     New York, New York
            March 11, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge